UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MORRIS, | Case No. 07cv0828-BEN (BLM) |
| Plaintiff, | **ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC, ATTORNEYS-ONLY CONFERENCE** |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, | |
| Defendant. | |

On Friday, June 8, 2007, counsel for Defendant submitted a letter to the Court requesting that the Early Neutral Evaluation Conference scheduled for Monday, June 11, 2007 at 9:30 a.m. be continued. Counsel represented that Defendant was unprepared to discuss settlement and that a client representation would not be able to appear in person at the conference.

Because it would not be fruitful to proceed, the Early Neutral Evaluation Conference is hereby **CONVERTED** to a telephonic, attorneys-only conference. Counsel shall appear telephonically on **June 11, 2007** at **9:30 a.m.** The Court will initiate the conference call.

///

All other requirements from the Court's previous order remain in effect.  Failure to comply with the Court's orders may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED:  June 8, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL