UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MORRIS,<br><br>　　　　　Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>　　　　　Defendant. | Case No. 07cv0828-BEN (BLM)<br><br>**ORDER VACATING HEARING** |

Based on the representations made by Defendant's counsel in her declaration [Doc. No. 11] in response to the Court's June 11, 2007 Order to Show Cause Why Sanctions Should Not be Imposed [Doc. No. 9], the Court finds it inappropriate to impose sanctions at this time. Accordingly, the hearing set for July 3, 2007 at 9:00 a.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

DATED: June 28, 2007

　　　　　　　　　　　　　　　　　BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL